UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUAN DEJESUS and SANTA DEJESUS, as individuals and behalf of others similarly situated,

                    Plaintiffs,

v.

BAC HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS SERVICING, LP and FRENKEL, LAMBERT, WEISS, WEISMAN & GORDON, LLP,

                    Defendants.

Case No.: 13 CV 2864 (KAM) (VVP)

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

TRACEE E. DAVIS
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TD-2446            My State Bar Number is: 2470086
I am,

    ☑ An attorney
    ☐ A Government Agency attorney
    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:     Zeichner Ellman & Krause LLP
              FRIM ADDRESS:     575 Lexington Avenue
                              New York, New York 10022
            FIRM TELEPHONE NUMBER:     212-223-0400
            FIRM FAX NUMBER:     212-753-0396

NEW FIRM:     FIRM NAME:     Zeichner Ellman & Krause LLP
              FIRM ADDRESS:     1211 Avenue of the Americas
                              New York, New York 10036
            FIRM TELEPHONE NUMBER:     212-223-0400
            FIRM FAX NUMBER:     212-753-0396

☑ I will continue to be counsel on the above-entitled case at my firm/agency.
☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: August 16, 2013

                                          ATTORNEY'S SIGNATURE

#726005v1/TD/2978.289