# LAW OFFICE OF ABEL L. PIERRE
## ATTORNEY-AT-LAW, P.C.

40 EXCHANGE PLACE, SUITE 2010
NEW YORK, NEW YORK 10005
TEL: (212) 766-3323
FAX: (212) 766-3322
abel@apierrelaw.com

September 17, 2013

***Via Certified Mail***
Hon. Viktor V. Pohorelsky
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>     Re:    **DeJesus et al v. BAC Home Loans Servicing, LP et al**
>            **Case No.   1:13-cv-02864-KAM-VVP**

Greetings Honorable Pohorelsky:

Please be advised that this represents the Plaintiffs in the above referenced matter. We write to respectfully request that tomorrow's conference be adjourned for the following reasons.

On August 14, 2013 a pre motion conference was conducted before Judge Kiyo A. Matsumoto. Counsel for the parties discussed defendants' desire to file motions to dismiss and/or summary judgment motions which would potentially dispose of defendants' claims in this action.  As a result, Judge Matsumoto set a motion calendar which scheduled fully briefed motions to be served and filed on or before November 4, 2013.

In light of the above, it we believe that setting a case management schedule may not yet be necessary and thus request an adjournment of tomorrow's conference until such a time as Judge Matsumoto has rendered a decision in her motion.

I have informed Defendants' counsels of my intention to make the application herein and have received no objection. I have no reason to presume that Defendants' would object to this application.


Respectfully Submitted,

*[signature]*

Abel L. Pierre, Esq.


cc:    Richard Granofsky;    rgranofsky@lskdnylaw.com
       Tracee Elaine Davis;  tdavis@zeklaw.com