# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

DIRECT DIAL
(212) 826-5358
tdavis@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

September 18, 2013

**BY ECF**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Case No. 13-2864 (KAM) (VVP)
Juan DeJesus and Santa DeJesus v. BAC Home Loans Servicing, LP,
fka Countrywide Home Loans Servicing, LP
(Letter Request for an Extension of Time to Serve the Motion to Dismiss )**

Dear Judge Pohorelsky:

We represent defendant Bank of America, N.A. s/h/a BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BANA") in the referenced action.

We write with the consent of the attorneys for Plaintiff and Co-defendant to request a brief extension of BANA's time to serve its motion to dismiss the complaint. BANA's in-house counsel who was assigned to handle this matter internally is no longer with BANA. We are working with the replacement counsel but need some additional time to obtain counsel's assistance in finalizing our motion papers. Therefore, we request a brief one-week adjournment.

Richard Granofsky, counsel for Co-defendant Frenkel, Lambert, Weiss, Weisman & Gordon, LLP ("Frenkel Lambert"), has asked to join in our request for an extension so that Frenkel Lambert's contemporaneous motion is submitted simultaneously.

Abel Pierre, Plaintiffs' counsel, has also consented to this brief extension and has requested an additional one week to serve opposition papers, to which there is no objection.

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Viktor V. Pohorelsky
September 18, 2013
Page 2

      Having conferred with all parties and obtained their consent, we respectfully request that this Court grant BANA's extension request.

      The original date for serving the motions to dismiss is September 20, 2013. We respectfully request that the time be extended to September 27, 2013, with Plaintiffs' opposition due by November 4, 2013 and BANA's and Frenkel Lambert's reply due by November 18, 2013.

      This is our first request for an adjournment of this motion.

      We thank the Court for its consideration of this application.

                                                Respectfully,

                                                Tracee E. Davis

TED:mr

cc:    Abel L. Pierre, Esq. (by ECF)
        Richard Granofsky, Esq. (by ECF)